**No. 24-1059**                        **September Term, 2023**

EPA-89FR16820

**Filed On:** April 19, 2024

State of Oklahoma, et al.,

      Petitioners

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator, United
States Environmental Protection Agency,

      Respondents

------------------------------

Consolidated with 24-1054

      **BEFORE:**    Rao, Walker, and Garcia, Circuit Judges

### O R D E R

      Upon consideration of the motion for extension of time to respond to the motion to stay, it is

      **ORDERED** that the motion for extension of time be granted. Any response to the motion to stay is now due May 6, 2024.

### Per Curiam

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                          BY:    /s/
                                  Selena R. Gancaszs
                                  Deputy Clerk