# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN EXPLORATION & PRODUCTION COUNCIL,<br><br>         *Petitioner,*<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,<br><br>         *Respondents.* | No. 24-1117 (consolidated with Nos. 24-1054, 24-1059, 24-1101, 24-1103, 24-1111, 24-1114, 24-1115, 24-1116, 24-1118) |

## ENTRY OF APPEARANCE OF CLAY TAYLOR

Clay Taylor of the law firm Williams Weese Pepple & Ferguson PC hereby enters his appearance on behalf of American Exploration & Production Council.

Respectfully submitted this 15th day of August, 2024.

                                        WILLIAMS WEESE PEPPLE & FERGUSON PC

                                      *s/ Clay Taylor*
                                      John H. Bernetich
                                      Jennifer L. Biever
                                      Clay Taylor
                                      1801 California Street, Suite 3400
                                      Denver, CO 80202
                                      Phone: 303-861-2828
                                      E-mail: jbernetich@williamsweese.com
                                                        jbiever@williamsweese.com
                                                        ctaylor@williamsweese.com
                                        *Attorneys for Petitioner and Respondent-Intervenor American Exploration & Production Council*

## **CERTIFICATE OF SERVICE**

I hereby certify, pursuant to Fed. R. App. 25(c), that on August 15, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

*s/ Clay Taylor*
WILLIAMS WEESE PEPPLE & FERGUSON PC