# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-1054                        September Term, 2024

EPA-89FR16820

Filed On: January 16, 2025 [2094641]

State of Texas, et al.,

         Petitioners

     v.

Environmental Protection Agency and
Michael S. Regan, Administrator, United
States Environmental Protection Agency,

         Respondents

------------------------------

Continental Resources Inc., et al.,
               Intervenors

------------------------------

Consolidated with 24-1059, 24-1101,
24-1103, 24-1111, 24-1114, 24-1115,
24-1116, 24-1117

## O R D E R

     Upon consideration of respondents' unopposed motion for extension of briefing deadlines, it is

     **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---:|
| Respondents' Brief | March 14, 2025 |
| Intervenor for Respondents' Brief | March 28, 2025 |
| Petitioners' Reply Briefs | April 21, 2025 |
| Intervenor for Petitioners' Reply Brief | May 1, 2025 |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 24-1054**  **September Term, 2024**

Deferred Appendix   May 8, 2025

Final Briefs   May 15, 2025

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Louis Karl Fisher
Deputy Clerk