# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-1054                  September Term, 2024

EPA-89FR16820

Filed On: February 11, 2025 [2099983]

State of Texas, et al.,

       Petitioners

   v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency,

       Respondents

------------------------------

Continental Resources Inc., et al.,
                Intervenors

------------------------------

Consolidated with 24-1059, 24-1101, 24-1103, 24-1111, 24-1114, 24-1115, 24-1116, 24-1117

### O R D E R

     Upon consideration of respondents' unopposed to hold these consolidated cases in abeyance, it is

     **ORDERED** that the motion be granted and that these consolidated cases be held in abeyance pending further order of the court.

     The parties are directed to file motions to govern further proceedings in these consolidated cases by June 9, 2025.

                                                        **FOR THE COURT:**
                                                         Clifton B. Cislak, Clerk

                                        BY:     /s/
                                                         Louis Karl Fisher
                                                          Deputy Clerk